Case 1:08-cv-04474 Document 1 Filed 08/07/2008 Page 1 of 4

FILED: AUG. 07, 2008
08CV4474
JUDGE GUZMAN
MAGISTRATE JUDGE MASON
AEE

AO 451 (Rev 12/93) Certification of Judgment

# UNITED STATES DISTRICT COURT

### Central District of California

| | |
|---|---|
| BEST ORIENTAL PRODUCE, INC., a corporation; MAY PRODUCE CO., INC., a corporation; D.P. TRADING, INC., a corporation<br><br>V.<br><br>WU CHU TRADING CORPORATION, a corporation, doing business as TROPICAL WHOLESALE PRODUCE, et al. | **CERTIFICATION OF JUDGMENT FOR REGISTRATION IN ANOTHER DISTRICT**<br><br>Case Number: CV07-3917-GW(AJWx) |

I, _____ Clerk of the United States district court certify that the attached judgment is a true and correct copy of the original judgment entered in this action ___1/17/08___ , as it
                                                                                                                     Date
appears in the records of this court, and that no notice of appeal from this judgment has been filed, and no motion of any kind

∗ listed in Rule 4(a) of the Federal Rules of Appellate Procedure has been filed.

**IN TESTIMONY WHEREOF,** I sign my name and affix the seal of this Court.

22 MAY 2008                                                        SHERRI R CARTER
_____                                            _____
Date                                                                Clerk

                                                                   _____
                                                                   (By) Deputy Clerk

*Insert the appropriate language: ..."no notice of appeal from this judgment has been filed, and no motion of any kind listed in Rule 4(a) of the Federal Rules of Appellate Procedure has been filed." ..."no notice of appeal from this judgment has been filed, and any motions of the kinds listed in Rule 4(a) of the Federal Rules of Appellate Procedure (†) have been disposed of, the latest order disposing of such a motion having been entered on [date]," ..."an appeal was taken from this judgment and the judgment was affirmed by mandate of the Court of Appeals issued on [date]. ..."an appeal was taken from this judgment and the appeal was dismissed by order entered on [date]."

(†Note: The motions listed in Rule 4(a), Fed. R. App. P., are motions: for judgment notwithstanding the verdict; to amend or make additional findings of fact; to alter or amend the judgment; for a new trial; and for an extension of time for filing a notice of appeal.)

ENTER/JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEST ORIENTAL PRODUCE, INC., a corporation; MAY PRODUCE CO., INC., a corporation; D.P. TRADING, INC., a corporation,<br><br>Plaintiffs,<br><br>v.<br><br>WU CHU TRADING CORPORATION, a corporation, doing business as TROPICAL WHOLESALE PRODUCE; TROPICAL WHOLESALE PRODUCE, INC., a wholly owned subsidiary of WU CHU TRADING CORPORATION, a corporation; TROPICAL WHOLESALE PRODUCE, INC., a dissolved Illinois corporation; FIVE CONTINENTS, LTD., a corporation; FOOD HARBOR-PULASKI, LLC, a limited liability company; TRUONG INVESTMENT COMPANIES, INC., a corporation; INTERNATIONAL CUP, business form unknown; TRUNG K. TRUONG, an individual,<br><br>Defendants. | CASE NO. CV07-3917-GW(AJWx)<br><br>**DEFAULT JUDGMENT AGAINST DEFENDANTS** |

1  Having read and considered Plaintiffs' Supplemental Brief, Request for
2  Entry of Default Judgment and all supporting pleadings and exhibits submitted
3  therewith and other pleadings, declarations and exhibits already on file with this
4  court, and good cause appearing therefor,

5  JUDGMENT IS HEREBY ENTERED in favor of Plaintiffs and in the
6  following manner and amounts, all of which qualifies for trust protection under the
7  trust provisions of Perishable Agricultural Commodities Act ("PACA") [7 U.S.C.
8  §499a, et seq.]:

9   1.  In favor or Plaintiff BEST ORIENTAL PRODUCE, INC.:
10      (a)  against WU CHU TRADING CORPORATION dba
11           TROPICAL WHOLESALE PRODUCE and TRUNG K.
12           TRUONG, jointly and severally, in the principal amount of
13           $56,516.75 and pre-judgment interest in the amount of
14           $2,982.73 at the rate of 5.01% per annum from the date the
15           obligation first became due and continuing through as the post-
16           judgment rate until all sums due are paid in full pursuant to 28
17           U.S.C. sec. 1961;
18      (b)  against FIVE CONTINENTS LTD. in the principal amount of
19           $9,443.16 and pre-judgment interest in the amount of $453.23
20           at the rate of 5.10% per annum from the date the obligation first
21           became due and continuing through as the post-judgment rate
22           until all sums due are paid in full pursuant to 28 U.S.C. sec.
23           1961;
24  2.  In favor of Plaintiff MAY PRODUCE CO., INC.:
25      (a)  against WU CHU TRADING CORPORATION dba
26           TROPICAL WHOLESALE PRODUCE and TRUNG K.
27           TRUONG, jointly and severally, in the principal amount of
28           $58,121.87 and pre-judgment interest in the amount of

1  $3,432.73 at the rate of 5.05% per annum from the date the obligation first became due and continuing through as the post-judgment rate until all sums due are paid in full pursuant to 28 U.S.C. sec. 1961; and,

3. In favor of Plaintiff D.P. TRADING, INC.:

(a) against WU CHU TRADING CORPORATION dba TROPICAL WHOLESALE PRODUCE and TRUNG K. TRUONG, jointly and severally, in the principal amount of $54,424.00 and pre-judgment interest in the amount of $4,196.09 at the rate of 5.27% per annum from the date the obligation first became due and continuing through as the post-judgment rate until all sums due are paid in full pursuant to 28 U.S.C. sec. 1961.

IT IS FURTHER ORDERED THAT Defendants TROPICAL WHOLESALE PRODUCE, INC., a wholly owned subsidiary of WU CHU TRADING CORPORATION, a corporation, TROPICAL WHOLESALE PRODUCE, INC., a dissolved Illinois corporation, INTERNATIONAL CUP, business form unknown, FOOD HARBOR-PULASKI, LLC, a limited liability company, and TRUONG INVESTMENT COMPANIES, INC., a corporation, are hereby dismissed without prejudice.

DATED: January 17, 2008



_____
HON. GEORGE W. WU
JUDGE, U.S. DISTRICT COURT