U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| BEST ORIENTAL PRODUCE, INC., et al. | **FILED: AUG. 07, 2008** |
| v. | **08CV4474** |
| WU CHU TRADING CORPORATION., et al. | **JUDGE GUZMAN** |
| | **MAGISTRATE JUDGE MASON** |
| | **AEE** |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

BEST ORIENTAL PRODUCE, INC.,
MAY PRODUCE CO., INC., and
D.P. TRADING, INC.

| NAME (Type or print) |
|---|
| Michael H. Erdman |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ Michael H. Erdman |
| FIRM |
| Teeple Leonard & Erdman |
| STREET ADDRESS |
| 175 W. Jackson Blvd. Suite 240 |
| CITY/STATE/ZIP |
| Chicago/IL/60604 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6244476 | 312-986-3226 |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ☐ | ✓ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | ✓ | ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | ☐ | ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ☐ | ✓ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐