IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BEST ORIENTAL PRODUCE, INC., a corporation; MAY PRODUCE CO., INC., a corporation; D.P. TRADING, INC., a corporation, <br><br> Plaintiffs, <br> v. <br><br> WU CHU TRADING CORPORATION, a corporation, doing business as TROPICAL WHOLESALE PRODUCE; TROPICAL WHOLESALE PRODUCE, INC., a wholly owned subsidiary of WU CHU TRADING CORPORATION, a corporation; TROPICAL WHOLESALE PRODUCE, INC., a dissolved Illinois corporation; FIVE CONTINENTS, LTD., a corporation; FOOD HARBOR-PULASKI, LLC, a limited liability company; TRUONG INVESTMENT COMPANIES, INC., a corporation; INTERNATIONAL CUP, business form unknown; TRUNG K. TRUONG, an individual, <br><br> Defendants. | Case No. 1:08-cv-04474 <br><br> Judge Guzman <br><br> Magistrate Judge Mason |

### AFFIDAVIT OF MICHAEL H. ERDMAN, LOCAL COUNSEL FOR PLAINTIFFS/JUDGMENT CREDITORS

Michael H. Erdman, being first duly sworn on oath, deposes and states:

1.  I am an attorney at the law firm of Teeple Leonard & Erdman, attorneys of record for Plaintiffs and Judgment Creditors BEST ORIENTAL PRODUCE, INC., MAY PRODUCE CO., INC., and D.P. TRADING, INC. ("Plaintiffs" or "Judgment Creditors"), in the above-referenced action, and I make this Affidavit in support of Judgment Creditors' notice of filing a

foreign judgment with this Court, pursuant to Federal Rule of Civil Procedure 69 and 735 ILCS 5/12-653.

2. I have personal knowledge of all matters stated in this Affidavit and if called as a witness, I would and could competently testify thereto.

3. The foreign judgment referred to herein is *Best Oriental Produce, Inc., et al. v. Wu Chu Trading Corporation, et al.*, entered by the United States District Court for the Central District of California, case number 2:07-CV-03917-GW-AJW.

4. The names and last known post office addresses of Judgment Creditors are as follows:

    a. BEST ORIENTAL PRODUCE, INC.
       2929 Leonis Blvd.
       Vernon, Los Angeles 90058

    b. MAY PRODUCE CO., INC.
       3099 Del Mar Ave.
       Rosemead, CA 91770

    c. D.P. TRADING, INC.
       1801 E. Washington Blvd.
       Los Angeles, CA 90021

5. The names and last known post office addresses for Judgment Debtors are as follows:

    a. WU CHU TRADING CORPORATION dba TROPICAL WHOLESALE PRODUCE
       5 Devon Ridge Court
       Burr Ridge, IL 60527

    b.    TRUNG K. TRUONG

          5 Devon Ridge Court

          Burr Ridge, IL 60527

    c.    FIVE CONTINENTS LTD.

          5 Devon Ridge Court

          Burr Ridge, IL 60527

I declare under penalty of perjury pursuant to the laws of the State of Illinois and the United States of America that the foregoing is true and correct.

Executed this 7th day of August, 2008, at Chicago, Illinois.

                                                                 Michael H. Erdman

STATE OF ILLINOIS

COUNTY OF COOK

Subscribed and sworn to (or affirmed) before me, JOHN L. LEONARD, Notary Public, on this 7th day of AUGUST, 2008, by Michael H. Erdman, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

                                                                 NOTARY PUBLIC

"OFFICIAL SEAL"
JOHN L. LEONARD
NOTARY PUBLIC STATE OF ILLINOIS
My Commission Expires 03/26/2009