IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BEST ORIENTAL PRODUCE, INC., a corporation; MAY PRODUCE CO., INC., a corporation; D.P. TRADING, INC., a corporation,<br><br>Plaintiffs,<br>v.<br><br>WU CHU TRADING CORPORATION, a corporation, doing business as TROPICAL WHOLESALE PRODUCE; TROPICAL WHOLESALE PRODUCE, INC., a wholly owned subsidiary of WU CHU TRADING CORPORATION, a corporation; TROPICAL WHOLESALE PRODUCE, INC., a dissolved Illinois corporation; FIVE CONTINENTS, LTD., a corporation; FOOD HARBOR-PULASKI, LLC, a limited liability company; TRUONG INVESTMENT COMPANIES, INC., a corporation; INTERNATIONAL CUP, business form unknown; TRUNG K. TRUONG, an individual,<br><br>Defendants. | **Case No. 1:08-cv-04474**<br><br>**Judge Guzman**<br><br>**Magistrate Judge Mason** |

## CERTIFICATE OF SERVICE

I, Michael H. Erdman, an attorney, certify that I again caused a copy of the accompanying Notice of Filing of Foreign Judgment to be served upon the following:

WU CHU TRADING CORPORATION dba TROPICAL WHOLESALE PRODUCE
5 Devon Ridge Court
Burr Ridge, IL 60527

TRUNG K. TRUONG
5 Devon Ridge Court
Burr Ridge, IL 60527

and

FIVE CONTINENTS LTD.
5 Devon Ridge Court
Burr Ridge, IL 60527

by First Class U.S. Mail, proper postage prepaid, from 175 W. Jackson Blvd., Chicago, Illinois on August 21, 2008.

    ____s/ Michael H. Erdman_____

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BEST ORIENTAL PRODUCE, INC., a corporation; MAY PRODUCE CO., INC., a corporation; D.P. TRADING, INC., a corporation,<br><br>               Plaintiffs,<br>v.<br><br>WU CHU TRADING CORPORATION, a corporation, doing business as TROPICAL WHOLESALE PRODUCE; TROPICAL WHOLESALE PRODUCE, INC., a wholly owned subsidiary of WU CHU TRADING CORPORATION, a corporation; TROPICAL WHOLESALE PRODUCE, INC., a dissolved Illinois corporation; FIVE CONTINENTS, LTD., a corporation; FOOD HARBOR-PULASKI, LLC, a limited liability company; TRUONG INVESTMENT COMPANIES, INC., a corporation; INTERNATIONAL CUP, business form unknown; TRUNG K. TRUONG, an individual,<br><br>               Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   **Case No. 1:08-cv-04474**<br>)<br>)<br>)   **Judge Guzman**<br>)<br>)   **Magistrate Judge Mason**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF FILING OF FOREIGN JUDGMENT

TO:    DEFENDANTS/JUDGMENT DEBTORS, THEIR ATTORNEY(S) OF RECORD AND TO THE CLERK OF THE COURT:

**NOTICE IS HEREBY GIVEN** pursuant to Federal Rule of Civil Procedure 69 and 735 ILCS 5/12-653 that Plaintiffs and Judgment Creditors BEST ORIENTAL PRODUCE, INC., MAY PRODUCE CO., INC., and D.P. TRADING, INC., by and through their attorneys, caused to be filed with this above-entitled Court the foreign judgment entitled *Best Oriental Produce, Inc., et al. v. Wu Chu Trading Corporation, et al.*, for the United States District Court, for the

Central District of California, case number 2:07-CV-03917-GW-AJW ("California Action") by filing a Certification of Judgment for Registration in Another District on or about August 7, 2008. A copy of the Certification of Judgment for Registration in Another District is attached hereto and incorporated herein by reference as **Exhibit 1**.

NOTICE IS FURTHER GIVEN that the names and last known post office addresses of Judgment Creditors are as follows:

1. BEST ORIENTAL PRODUCE, INC.

   2929 Leonis Blvd.

   Vernon, Los Angeles 90058

2. MAY PRODUCE CO., INC.

   3099 Del Mar Ave.

   Rosemead, CA 91770

3. D.P. TRADING, INC.

   1801 E. Washington Blvd.

   Los Angeles, CA 90021

The names and last known post office addresses for Judgment Debtors are as follows:

1. WU CHU TRADING CORPORATION dba TROPICAL WHOLESALE PRODUCE

   5 Devon Ridge Court

   Burr Ridge, IL 60527

2. TRUNG K. TRUONG

   5 Devon Ridge Court

   Burr Ridge, IL 60527

3. FIVE CONTINENTS LTD.

   5 Devon Ridge Court

   Burr Ridge, IL 60527

     Judgment Creditors' attorneys are Bart M. Botta, Esq., Rynn & Janowsky, LLP, 4100 Newport Place Drive, Suite 700, Newport Beach, California 92660, USA, and Michael H. Erdman, Esq., Teeple Leonard & Erdman, 175 W. Jackson Blvd., Suite 240, Chicago, Illinois 60604-3032.

                                                     Respectfully submitted,

                                                     TEEPLE LEONARD & ERDMAN

DATED: August 8, 2008               By:        ___s/ Michael H. Erdman_____
                                                   MICHAEL H. ERDMAN, ESQ.
                                                   TEEPLE LEONARD & ERDMAN
                                                   175 W. Jackson Blvd., Suite 240
                                                   Chicago, Illinois  60604-3032
                                                   mherdman@teeplelaw.com (e-mail)
                                                   312/986-3226 (direct dial)
                                                   312/986-3228 (main)
                                                   312/986-3981 (facsimile)

                                                     and

                                                   BART M. BOTTA, ESQ.
                                                   RYNN & JANOWSKY, LLP
                                                   4100 Newport Place Drive, Suite 700
                                                   Newport Beach, CA 92660
                                                   bart@rjlaw.com
                                                   949/752-2911 (main)
                                                   949/752-0953 (facsimile)

                                                   Attorneys for Plaintiffs/Judgment Creditors
                                                   BEST ORIENTAL PRODUCE, INC., MAY
                                                   PRODUCE CO., INC., and D.P.
                                                   TRADING, INC.

≈AO 451 (Rev. 12/93) Certification of Judgment

# UNITED STATES DISTRICT COURT

## Central District of California

BEST ORIENTAL PRODUCE, INC., a corporation; MAY PRODUCE CO., INC., a corporation; D.P. TRADING, INC., a corporation

V.

WU CHU TRADING CORPORATION, a corporation, doing business as TROPICAL WHOLESALE PRODUCE, et al.

**CERTIFICATION OF JUDGMENT FOR REGISTRATION IN ANOTHER DISTRICT**

Case Number: CV07-3917-GW(AJWx)

I, _____ Clerk of the United States district court certify that the attached judgment is a true and correct copy of the original judgment entered in this action  __1/17/08__ , as it
                                                                                                                                                        Date
appears in the records of this court, and that no notice of appeal from this judgment has been filed, and no motion of any kind
* listed in Rule 4(a) of the Federal Rules of Appellate Procedure has been filed.

**IN TESTIMONY WHEREOF,** I sign my name and affix the seal of this Court.

22 MAY 2008
Date

SHERRI R CARTER
Clerk

_____
(By) Deputy Clerk

*Insert the appropriate language: ..."no notice of appeal from this judgment has been filed, and no motion of any kind listed in Rule 4(a) of the Federal Rules of Appellate Procedure has been filed." ..."no notice of appeal from this judgment has been filed, and any motions of the kinds listed in Rule 4(a) of the Federal Rules of Appellate Procedure (†) have been disposed of, the latest order disposing of such a motion having been entered on [date]," ..."an appeal was taken from this judgment and the judgment was affirmed by mandate of the Court of Appeals issued on [date]. ..."an appeal was taken from this judgment and the appeal was dismissed by order entered on [date]."

(†Note: The motions listed in Rule 4(a), Fed. R. App. P., are motions: for judgment notwithstanding the verdict; to amend or make additional findings of fact; to alter or amend the judgment; for a new trial; and for an extension of time for filing a notice of appeal.)

ENTER/JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEST ORIENTAL PRODUCE, INC., a corporation; MAY PRODUCE CO., INC., a corporation; D.P. TRADING, INC., a corporation,<br><br>Plaintiffs,<br><br>v.<br><br>WU CHU TRADING CORPORATION, a corporation, doing business as TROPICAL WHOLESALE PRODUCE; TROPICAL WHOLESALE PRODUCE, INC., a wholly owned subsidiary of WU CHU TRADING CORPORATION, a corporation; TROPICAL WHOLESALE PRODUCE, INC., a dissolved Illinois corporation; FIVE CONTINENTS, LTD., a corporation; FOOD HARBOR-PULASKI, LLC, a limited liability company; TRUONG INVESTMENT COMPANIES, INC., a corporation; INTERNATIONAL CUP, business form unknown; TRUNG K. TRUONG, an individual,<br><br>Defendants. | CASE NO. CV07-3917-GW(AJWx)<br><br>**DEFAULT JUDGMENT AGAINST DEFENDANTS** |

Having read and considered Plaintiffs' Supplemental Brief, Request for Entry of Default Judgment and all supporting pleadings and exhibits submitted therewith and other pleadings, declarations and exhibits already on file with this court, and good cause appearing therefor,

JUDGMENT IS HEREBY ENTERED in favor of Plaintiffs and in the following manner and amounts, all of which qualifies for trust protection under the trust provisions of Perishable Agricultural Commodities Act ("PACA") [7 U.S.C. §499a, et seq.]:

1. In favor or Plaintiff BEST ORIENTAL PRODUCE, INC.:

    (a) against WU CHU TRADING CORPORATION dba TROPICAL WHOLESALE PRODUCE and TRUNG K. TRUONG, jointly and severally, in the principal amount of $56,516.75 and pre-judgment interest in the amount of $2,982.73 at the rate of 5.01% per annum from the date the obligation first became due and continuing through as the post-judgment rate until all sums due are paid in full pursuant to 28 U.S.C. sec. 1961;

    (b) against FIVE CONTINENTS LTD. in the principal amount of $9,443.16 and pre-judgment interest in the amount of $453.23 at the rate of 5.10% per annum from the date the obligation first became due and continuing through as the post-judgment rate until all sums due are paid in full pursuant to 28 U.S.C. sec. 1961;

2. In favor of Plaintiff MAY PRODUCE CO., INC.:

    (a) against WU CHU TRADING CORPORATION dba TROPICAL WHOLESALE PRODUCE and TRUNG K. TRUONG, jointly and severally, in the principal amount of $58,121.87 and pre-judgment interest in the amount of

$3,432.73 at the rate of 5.05% per annum from the date the obligation first became due and continuing through as the post-judgment rate until all sums due are paid in full pursuant to 28 U.S.C. sec. 1961; and,

3.  In favor of Plaintiff D.P. TRADING, INC.:

   (a)  against WU CHU TRADING CORPORATION dba TROPICAL WHOLESALE PRODUCE and TRUNG K. TRUONG, jointly and severally, in the principal amount of $54,424.00 and pre-judgment interest in the amount of $4,196.09 at the rate of 5.27% per annum from the date the obligation first became due and continuing through as the post-judgment rate until all sums due are paid in full pursuant to 28 U.S.C. sec. 1961.

IT IS FURTHER ORDERED THAT Defendants TROPICAL WHOLESALE PRODUCE, INC., a wholly owned subsidiary of WU CHU TRADING CORPORATION, a corporation, TROPICAL WHOLESALE PRODUCE, INC., a dissolved Illinois corporation, INTERNATIONAL CUP, business form unknown, FOOD HARBOR-PULASKI, LLC, a limited liability company, and TRUONG INVESTMENT COMPANIES, INC., a corporation, are hereby dismissed without prejudice.

DATED: January 17, 2008



HON. GEORGE W. WU
JUDGE, U.S. DISTRICT COURT

3